AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DONALD COLE BURCHETT,

                        Plaintiff,

                v.

DR. KENNEDY,

                        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-061-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice for failure to comply with the filing fee requirements of 28 U.S.C. § 1914(a).

| | |
|---|---|
| July 24, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |